IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROUTE 66 CROSSING PARTNERS, ) | | |
| An Illinois General Partnership, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | No. 05-3299 | |
| ) | | |
| LEGACY RESTAURANT ) | | |
| DEVELOPMENT, INC., PATRICK J. ) | | |
| TILKA, GREGORY B. SMITH, ) | | |
| TIMOTHY F. BROWN, ) | | |
| ) | | |
| Defendants. ) | | |

## OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Plaintiff's motion to dismiss its complaint with prejudice.

In support of its motion to dismiss, the Plaintiff states that it filed a complaint for breach of contract against the Corporation and individual Defendants on December 7, 2005. Thereafter, the Plaintiff received an amount in satisfaction of the amounts alleged to be owed in the complaint.

1

Accordingly, the Plaintiff has agreed to dismiss the action with prejudice.

<u>Ergo</u>, the Plaintiff's motion to dismiss the complaint with prejudice [d/e 27] is ALLOWED.  All pending motions are DENIED AS MOOT.  This case is closed.

IT IS SO ORDERED.

ENTER: September 12, 2006

        FOR THE COURT:

                s/Richard Mills
                United States District Judge